DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| Julio E. Roman | ) | |
| --- | --- | --- |
| | ) | CASE NO.   1:07CV0505 |
| Petitioner, | ) | (1:99CR0178) |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| United States of America | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the petitioner's motion for writ of error coram nobis is denied and this case is dismissed.


 June 18, 2007                          *s/ David D. Dowd, Jr.*
Date                                    David D. Dowd, Jr.
                                        U.S. District Judge